HENRY STACK v. ADONIRAM J. SMITH, JUSTICE OF THE PEACE.

*Replevin—Election of judgment for value.*

Election to take judgment for value in replevin before a justice, cannot
be exercised, as matter of right, after an adjourned day on which the
plaintiff discontinued and defendant did not appear.

Motion for order to show cause. Submitted June 17.
Denied June 19.

*Cook & Daboll* for relator.

PER CURIAM. If the relator had appeared on the adjourned
day of the suit, and elected when plaintiff discontinued the
suit, to take judgment for the value of the property
replevied from him, he would have been entitled to it;
but he did not appear there. He could not appear there
afterwards and demand that judgment.

Motion denied.